# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131487

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MURRAY AVIATION, INC., TRAVELERS
INDEMNITY COMPANY OF AMERICA, and
TRAVELERS LLOYDS INSURANCE
COMPANY,
      Plaintiffs-Appellants,

v

GRINNELL CORPORATION,
      Defendant-Appellee.

SC: 131487
COA: 257298
Wayne CC: 02-231493-NI

_____/

      On order of the Court, the application for leave to appeal the March 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

t0918

_____
Clerk